■ CATHERINE MYERS, Plaintiff, v HILLSIDE SERVICE, Defendant and Third-Party Plaintiff-Respondent. KRAUS MANAGEMENT, INC., Third-Party Defendant-Appellant.—Order of the Supreme Court, Nassau County, dated June 19, 1985, affirmed, with costs, for reasons stated by Justice McCaffrey at Special Term. Lazer, J. P., Thompson, Bracken and Rubin, JJ., concur.